UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 26-3088 FMO (AYPx)** | Date | **September 14, 2026** |
| Title | **GennComm, LLC v. MINISO Group Holding Limited, et al.** | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |

| | | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution**

Having reviewed GennComm, LLC's ("plaintiff") response to the court's Order to Show Cause Re: Dismissal Re: Lack of Prosecution (Dkt. 22), in which the court noted that plaintiff had failed to file a proof of service for defendant MINISO Group Holding Limited, IT IS ORDERED THAT plaintiff shall file a proof of service demonstrating service of the summons and First Amended Complaint on defendant MINISO Group Holding Limited by **October 23, 2026**.[1] Plaintiff is cautioned that failure to timely file a valid proof of service shall result in this action being dismissed without prejudice for failure to effect service, for lack of prosecution, and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962). The Order to Show Cause Re: Dismissal Re: Lack of Prosecution, is hereby continued pending compliance with this Order.

Initials of Preparer vdr

[1] Plaintiff's request for alternative service is denied.